MICHAEL CUMMINS, *Respondent, v.* THE CITY OF SYRACUSE, *Appellant.* — Judgment affirmed. Opinion by MACOMBER, J.

IN THE MATTER OF WILLIAM H. SILVERNAIL, *an Attorney, etc.* — Order of Special Term affirmed on opinion of Mr. Justice RUM-SEY, with ten dollars costs and disbursements, to be paid by the appellant.

RUTH P. DIMMICK, *Appellant, v.* ELIZABETH M. COOLEY, *Appellants.* JONAH D. DECKER (formerly plaintiff's attorney), *Respondent.* — So much of the order appealed from as directs a reference reversed and the remainder of the order affirmed, without costs to either party. Opinion by BARKER, J.

WILLIAM G. MILLIGAN, *as Administrator, etc., Appellant, v.* WILLIAM H. ROBINSON and another, *Respondents.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by BARKER, J.; HARDIN, J., not sitting.

THE FIRST NATIONAL BANK OF UTICA, *Respondent, v.* THE NATIONAL BANK OF NORWICH, *Appellant.* — Judgment affirmed on opinion delivered by Mr. Justice MERWIN at the circuit; HARDIN, J., not sitting.

LUCINDA SIMMONS, *Respondent, v.* JOHN H. OSGOODBY, *Appellant.* — Judgment and order affirmed. Opinion by HARDIN, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* HENRY B BURTON, *Appellant.* — Judgment and conviction reversed and a new trial ordered in the Court of Sessions of Onondaga county, to which court the case is remitted. Opinion by SMITH, P. J.

MONROE M. KELLY, *Respondent, v.* NANCY BRUCE and others, *Appellants.* — Judgment reversed and new trial ordered before another referee, costs to abide event, unless plaintiff stipulates to modify the judgment by deducting therefrom the sum of $322.36, in which case the judgment as so modified is affirmed, without costs of this appeal to either party. Opinion by HARDIN, J.

JOHN SHEAF, *Respondent, v.* WILLIAM S. WATERBURY and others, *Appellants.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

WILLIAM A. SWEET, *Respondent, v.* EDMUND MERRY and others, *Appellants.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

JOSEPH FRALEY, *Appellant, v.* SAMUEL STARR, *Respondent.* — Judgment affirmed. Opinion by SMITH, P. J.

LOUIS BEJUS, *Respondent, v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, *Appellant.* — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

FRANKLIN WARREN, *Respondent, v.* JOHN CHADWICK, *Appellant.* — Judgment affimed, unless the defendant within ten days after service of the order to be entered herein, deposits the promissory